IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
Tel: 818 325-2888
Fax: 818 325-2890
Email: ireneruzin@gmail.com

Attorney for Plaintiff, GILBERT RODRIGUEZ ROMO,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GILBERT RODRIGUEZ ROMO,<br><br>　　　Plaintiff,<br>　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　Defendant. | Case No.: CV 16-08655 MRW<br><br>ORDER<br>AWARDING EAJA FEES<br><br><br>MICHAEL R. WILNER<br>UNITED STATES MAGISTRATE JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FIVE THOUSAND FIVE HUNDRED DOLLARS ($5,500.00) (the "AGREED AMOUNT") as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: _December 27, 2017_

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MICHAEL R. WILNER
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE